UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JORGE A. TORRES, JR. ,**

    **Plaintiff,**

v.                                                  Case No: 5:16-cv-267-Oc-30PRL

**AMY TOOLEY and FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES**

    **Defendants.**

## ORDER

Before the Court is Defendants' joint motion to quash service. (Doc. 8). On May 13, 2016, I granted the motion in part as to Defendant Florida Department of Children and Families and directed Defendant Amy Tooley to show cause why the motion should not be denied as to her. (Doc. 16). Although the deadline for showing cause has now passed, Defendant Tooley has declined to show cause and, instead, filed a motion to dismiss under Fed. R. Civ. P. 12(b)(6). (Doc. 17). Accordingly, the motion (Doc. 8) to quash service is due to be **DENIED AS MOOT** as to Defendant Amy Tooley.

**DONE** and **ORDERED** in Ocala, Florida on June 1, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties

Unrepresented Parties