# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JORGE A. TORRES, JR.,

    Plaintiff,

v.                                             Case No: 5:16-cv-267-Oc-30PRL

AMY TOOLEY and FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES,

    Defendants.

## ORDER OF DISMISSAL

THIS COURT entered an Order to Show Cause (Doc. 35) on October 19, 2016, that provided Plaintiff fourteen (14) days in which to show cause why this action should not be dismissed as to Defendant Florida Department of Children and Families due to lack of service. Plaintiff failed to file a timely response or effectuate service. On October 19, 2016, this Court also issued an Order (Doc. 36) granting Defendant Amy Tooley's motion to dismiss and giving Plaintiff fourteen (14) days to file and amended complaint. Plaintiff did not file an amended complaint. The Court, therefore, concludes this action should be dismissed as to DCF and the case should be closed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is DISMISSED.

2.     All pending motions are DENIED as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of November, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\2016\16-cv-267 dismissal.docx